[No. 17146-5-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LAWRENCE PEARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 92-1-00017-1, Ted Kolbaba, J., entered April 15, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

°

[No. 17411-1-II.   Division Two.   March 8, 1996.]

*In the Matter of the Estate of* FRANK T. GOSTOMSKI.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-4-00199-5, James D. Roper, J. Pro Tem., entered July 19, 1993. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Bridgewater, J., and Fleisher, J. Pro Tem.

[Nos. 17761-7-II; 18546-6-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY BRETT TURLEY, *Appellant*.

*In the Matter of the Personal Restraint Petition of* KELLY BRETT TURLEY, *Petitioner*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00523-4, Milton R. Cox, J., entered November 18, 1993. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan, J., and Wiggins, J. Pro Tem.